UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| South Carolina Progressive Network Education Fund, <br><br> Plaintiff, <br><br> v. <br><br> Marci Andino, *et al.*, <br><br> Defendants. | No.: 3:20-cv-03503-MGL <br><br><br> **NOTICE OF APPEARANCE** |

M. Elizabeth Crum of Burr & Forman LLP enters her notice of appearance for Defendants Marci Andino, John Wells, JoAnne Day, Clifford J. Edler, Linda McCall and Scott Moseley, all of whom have been sued in their official capacities with the State Election Commission.

Respectfully Submitted,

s/ M. Elizabeth Crum
M. Elizabeth Crum
Fed. ID No. 372
lcrum@burr.com
Wm. Grayson Lambert
Fed. ID No. 11761
glambert@burr.com
Jane W. Trinkley
Fed. ID No. 4143
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800
jtrinkley@burr.com

*Counsel for Election Defendants*