# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

SOUTH CAROLINA PROGRESSIVE
NETWORK EDUCATION FUND,

    Plaintiff,

v.

MARCI ANDINO, in her official capacity as
Executive Director of the South Carolina
State Election Commission; JOHN WELLS,
in his official capacity as Chair of the South
Carolina State Election Commission; and
JOANNE DAY, CLIFFORD J. EDLER,
LINDA MCCALL and SCOTT MOSLEY, in
their official capacities as members of the
South Carolina State Election Commission,

    Defendants.

Case No. 3:20-cv-03503-MGL

## SUPPLEMENTAL DECLARATION OF BRETT BURSEY

BRETT BURSEY, pursuant to 28 U.S.C. § 1746, declares under penalties of perjury as follows:

1. I am the executive Director of the South Carolina Progressive Network Education Fund and I submit this supplemental declaration to provide additional factual information to the Court that I became aware of since finalizing my October 2, 2020 declaration.

2. Since last Wednesday, September 30, the traditional Missing Voter Project registered at least 89 people to vote through face-to-face outreach in Columbia, in Richland County. Specifically, we registered 39 people outside the (closed) bus transit center, 13 people at bus shelters, and 37 people by walking through neighborhoods.

3. I am still awaiting reports from other volunteers, so additional people may have

1

been directly registered by our organization over the weekend.

4. As detailed in my initial declaration, last week was the first week since the pandemic began where some traditional MVP volunteers felt comfortable re-starting in-person registration and the result was that we were able to register a significant number of voters over the week.

Dated: October 5, 2020
      Columbia, SC

*/s/ Brett Bursey*

BRETT BURSEY