**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

SOUTH CAROLINA PROGRESSIVE NETWORK EDUCATION FUND,

Plaintiff,

v.

MARCI ANDINO, in her official capacity as Executive Director of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; and JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL and SCOTT MOSLEY, in their official capacities as members of the South Carolina State Election Commission,

Defendants.

Case No. 3:20-cv-03503-MGL

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all claims against defendants.

Dated: Columbia, SC
October 19, 2020

**BURNETTE SHUTT MCDANIEL**

By: s/Jack E. Cohoon

Jack E. Cohoon (Fed. ID No. 9995)
912 Lady Street, 2nd Floor
P.O. Box 1929
Columbia, South Carolina 29202
P: (803) 850-0912
F: (803) 904-7910
jcohoon@burnetteshutt.law

**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**

Matthew D. Brinckerhoff*
Jonathan S. Abady*
Debra L. Greenberger*
Ananda V. Burra*
600 Fifth Avenue, 10th Floor
New York, New York 10020
P: (212) 763-5000

F: (212) 763-5001
mbrinckerhoff@ecbawm.com
jabady@ecbawm.com
dgreenberger@ecbawm.com
aburra@ecbawm.com

**FREE SPEECH FOR PEOPLE**

Gillian Cassell-Stiga**
1320 Centre Street, Suite 405
Newton, Massachusetts 02459
(617) 249-3015
gillian@freespeechforpeople.org

*Attorneys for Plaintiff*

*Admitted pro hac vice
**Motions for admission pro hac vice pending

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

___________ s/Jack E. Cohoon